IN THE SUPREME COURT OF THE STATE OF DELAWARE

WANDA ROBERTS,                  §
                                       § No. 23, 2025

       Plaintiff Below,            §

       Appellant,                 § Court Below—Superior Court
                                         § of the State of Delaware

       v.                           §
                                         § C.A. No. S21C-10-017

MOFFA CONSTRUCTION      §

COMPANY, LLC,               §
                                         §

       Defendant Below,       §

       Appellee.                 §

Submitted:   July 11, 2025
Decided:     September 16, 2025

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## <u>ORDER</u>

After consideration of the parties' briefs, the appellant's post-submission motions, and the record below, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its December 20, 2024 Memorandum Opinion and Order. As requested in the appellant's post-submission motions, the Court has considered the untimely reply brief that exceeds the Rule 14 page limitations. The post-submission motion for a site visit is denied.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice